# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS DAVID MARTIN,<br><br>　　　　Petitioner,<br>　　v.<br>D. SHINN, Warden,<br><br>　　　　Respondent. | Case No. CV 16-06361 ODW (AFM)<br><br>**JUDGMENT** |

　　Pursuant to the Order Summarily Dismissing Habeas Petition for Lack of Subject Matter Jurisdiction,

　　IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice for lack of subject matter jurisdiction.

DATED: August 31, 2016

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE